21, 1966. *Thomas J. Johnson,* appellant, in propria persona; *Robert M. Borden* and *Joseph M. Smith,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted March 21, 1966. *Fred Jones,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Jones, Appellant, *v.* Myers.

Submitted March 21, 1966. *Richard A. Jones,* appellant, in propria persona; *Richard A. Devlin* and *Henry T. Crocker,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Kallen *v.* Kallen, Appellant.

Argued March 21, 1966. *Sydney Finkelstein,* for appellant; *David N. Bressler,* with him *Shapiro, Stalberg, Cook, Murphy & Kalodner,* for appellee.

Order affirmed.